UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CRIMINAL NO. 5:09-cr-31-KKC
CIVIL NO. 5:12-cv-7239-KKC

UNITED STATES OF AMERICA,                                               PLAINTIFF,

v.            **OPINION AND ORDER**

DEWAINE MCINTYRE,                                                       DEFENDANT,

\* \* \* \* \*

This matter is before the Court on the Defendant's pro se Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (DE 45, 47) and the United States' Motion to Dismiss (DE 49). The matter was referred to the United States Magistrate Judge for preliminary review.

The Magistrate Judge issued a Recommended Disposition (DE 50) recommending that the Court grant the United States' motion to dismiss and deny the Defendant's motions. The Magistrate Judge gave the parties fourteen (14) days to file objections. No party has filed objections to the Recommended Disposition. Further, the Court has reviewed the recommendation and agrees with its analysis. Accordingly, the Court hereby ORDERS as follows:

1)      The Recommended Disposition (DE 50) is ADOPTED as the Court's Opinion;

2)      The Defendant's Motions to Vacate (DE 45, 47) are DENIED;

3)      The United States' Motion to Dismiss (DE 49) is GRANTED and this action is DISMISSED; and

4)      The Court will not issue a Certificate of Appealability.

Dated this 17th day of April, 2013.



Signed By:
Karen K. Caldwell
United States District Judge